**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE RUTILIO EQUITE MARROQUIN,<br>Petitioner,<br>v.<br>FACILITY ADMINSTRATOR, et al.,<br>Respondents. | Case No. 5:26-cv-03589-KK-ACCV<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the parties' briefing, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections (Dkt. 40) have been made. To the extent Petitioner objects and cites Zadvydas v. Davis, 533 U.S. 678 (2001), he did not present such claim in his Petition. To the extent Petitioner would like to bring such a claim, he may file a new petition.

The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that: (1) this Report and Recommendation is approved and accepted; and (2) Judgment shall be entered denying the Petition.

DATED: November 25, 2026

HON. KENLY KIYA KATO
United States District Judge